UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| ADA MORALES, | : |
|         Plaintiff | : |
| v. | : |
| | :   C.A. No. 12-301-M-LDA |
| BRUCE CHADBOURNE, DAVID RICCIO, EDWARD DONAGHY, GREG MERCURIO, ICE DOES 1-5, RHODE ISLAND DOES 1-10, ASHBEL T. WALL, and the UNITED STATES, | : |
|         Defendants | : |

## STIPULATION

The undersigned parties hereby stipulate and agree that Plaintiff Ada Morales shall have an additional extension of time, up to and including Thursday, November 15, 2012, within which to respond to the following motions: The United States and Official Capacity Federal Defendants' Motion to Dismiss the Amended Complaint (ECF No. 17); Motion to Dismiss the Amended Complaint of Bruce Chadbourne and David Riccio (ECF No. 18); Motion to Dismiss the Amended Complaint of Gregory Mercurio (ECF No. 19); and Combined Motion to Dismiss the Amended Complaint and Motion for Summary Judgment of Edward Donaghy (ECF No. 20).

AM 17550542.1

Ada Morales

By her Attorneys,

 /s/ Erika J. Lindberg_____
Mark W. Freel, Esq. (#4003)
Erika J. Lindberg, Esq. (#8056)
Cooperating Attorneys, American Civil Liberties Union, Rhode Island Affiliate
EDWARDS WILDMAN PALMER LLP
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200
(401) 276-6611 (Fax)
Mfreel@edwardswildman.com
Elindberg@edwardswildman.com


  /s/ Omar C. Jadwat_____
Omar C. Jadwat, admitted *pro hac vice*
ACLU Foundation Immigrants' Rights Project
125 Broad St., 18th floor
New York, NY 10004
Tel.: (212) 549-2660
Fax: (212) 549-2654
OJadwat@aclu.org

  /s/ Katherine Desormeau_____
Katherine Desormeau, admitted *pro hac vice*
ACLU Foundation Immigrants' Rights Project
39 Drumm St.
San Francisco, CA 94111
Tel.: (415) 343-0778
Fax: (415) 395-0950
KDesormeau@aclu.org


  /s/ Lena Graber_____
Lena Graber, admitted *pro hac vice*
National Immigration Project of the National Lawyer's Guild
14 Beacon Street, Suite 602
Boston, MA 02108
Tel.: (617) 227-9727, ext. 6
Fax: (617) 227-5495
lena@nationalimmigrationproject.org


The United States and Federal Defendants, Bruce Chadbourne, David Riccio, Edward Donaghy, Greg Mercurio

By their Attorneys,

STUART F. DELERY
Acting Assistant Attorney General

DAVID J. KLINE
Director
District Court Section
Office of Immigration Litigation

ELIZABETH J. STEVENS
Assistant Director

ERIK QUICK
Senior Litigation Counsel

By:   /s/ Erin E. Brizius_____
ERIN E. BRIZIUS
Trial Attorney
District Court Section
Office of Immigration Litigation
Civil Division
U.S. Department of Justice
P.O. Box 868
Ben Franklin Station
Washington, DC 20044
(202) 616-9131
(202) 305-7000
Erin.E.Brizius@usdoj.gov
NY State Bar No.:  4821161

## **CERTIFICATE OF SERVICE**

  I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on November 1, 2012.

            /s/ Erika J. Lindberg

AM 17550542.1