UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| Ada MORALES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) 1:12-cv-00301-M |
| Bruce CHADBOURNE, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**NOTICE OF INTERLOCUTORY APPEAL
FOR DEFENDANTS EDWARD DONAGHY, DAVID RICCIO, AND BRUCE CHADBOURNE**

Defendants Edward Donaghy, David Riccio, and Bruce Chadbourne, sued in their individual capacities, submit this notice of interlocutory appeal to the United States Court of Appeals of the First Circuit from the memorandum and order of the United States District Court, District of Rhode Island, denying in part their motions to dismiss based on their claims of qualified immunity, on February 12, 2014. *See* Memorandum and Order, ECF No. 64 (Feb. 12, 2014). Additionally, Defendant Edward Donaghy, sued in his individual capacity, submits an appeal of the memorandum and order of the United States District Court, District of Rhode Island, denying his motion for summary judgment based on his claims of qualified immunity, which this Court entered on February 12, 2014. *See* Memorandum and Order, ECF No. 64 (Feb. 12, 2014).

//

//

1

DATE: April 11, 2014                    Respectfully submitted,

STUART F. DELERY
Assistant Attorney General

COLIN A. KISOR
Acting Director

By: /s/ J. Max Weintraub
J. MAX WEINTRAUB
Acting Deputy Director
United States Department of Justice, Civil Division
Office of Immigration Litigation,
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Telephone: (202) 305-7551
Fax: (202) 305-7000
Email: jacob.weintraub@usdoj.gov
VA Bar No. 36188


By: /s/ *Melissa S. Leibman*
MELISSA S. LEIBMAN
United States Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel.: (202) 305-7016
Fax: (202) 305-7000
melissa.leibman@usdoj.gov
NYSBN 4442877

2

**CERTIFICATE OF SERVICE**

I hereby certify that on April 11, 2014, I filed **NOTICE OF INTERLOCUTORY APPEAL** with the Clerk of the United States District Court for the District of Rhode Island, using the CM/ECF system. The following participants have received notice electronically:

Mark W. Freel, mfreel@edwardswildman.com
Katherine Desormeau, kdesormeau@aclu.org
Adam J. Sholes, ajsholes@riag.ri.gov
Melissa S. Leibman, melissa.leibman@usdoj.gov

I further certify that on April 11, 2014, I provided a copy to the following participant, who is not a CM/ECF participant, via email:

Lean Graber, lenagraber@gmail.com

/s/ J. Max Weintraub
J. MAX WEINTRAUB
Acting Deputy Director
United States Department of Justice
Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868
Ben Franklin Station
Washington, DC 20044
Telephone: (202) 305-7551
Fax: (202) 305-7000
Email: jacob.weintraub@usdoj.gov
VA Bar No. 36188