## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| ADA MORALES | : |
| | : |
| v. | :   C.A. NO.: 12-301-M-DLM |
| | : |
| BRUCE CHADBOURNE, | : |
| DAVID RICCIO, EDWARD DONAGHY, | : |
| GREG MERCURIO, ICE DOES 1-5, | : |
| RHODE ISLAND DOES 1-10, | : |
| ASHBEL T. WALL | : |

## DISMISSAL STIPULATION

The parties hereby stipulate and agree that the Court should dismiss all remaining claims against Defendant Ashbel T. Wall, in his official and individual capacity as Director of the Rhode Island Department of Corrections and the State of Rhode Island, to the extent it was substituted in place of Defendant Wall, with prejudice. All rights of appeal are waived. Each party to bear their own fees and costs. The filing of this stipulation addresses all remaining claims and the parties ask this Court deem this civil action closed.

Respectfully submitted,

| | |
|---|---|
| Ada Morales | Ashbel T. Wall |
| By her Attorneys, | By his Attorney, |
| | PETER F. KILMARTIN |
| | ATTORNEY GENERAL |
| /s/ Mark A. Ford | /s/ Adam J. Sholes |
| Laura Donovan (R.I. Bar No. 8333) | Adam J. Sholes, Esq. (#7204) |
| Mark A. Ford (pro hac vice) | Assistant Attorney General |
| WILMER CUTLER PICKERING HALE | R.I. Department of Attorney General |
| AND DORR LLP | 150 South Main Street |
| 60 State Street | Providence, RI 02903-2907 |
| Boston, MA 02109 | (401) 274-4400, Extension 2219 |
| Tel.: (617) 526-6000 | (401) 222-3016 |
| Fax: (617) 526-5000 | ajsholes@riag.ri.gov |
| Laura.Donovan@wilmerhale.com | |
| Mark.Ford@wilmerhale.com | |

(Plaintiff's counsel continued on next page)

Jennifer Chang Newell (pro hac vice)
Cody H. Wofsy (pro hac vice)
ACLU FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
39 Drumm Street
San Francisco, CA 94111

DATED: August 16, 2017

## CERTIFICATE OF SERVICE

    I hereby certify that on August 16, 2017, I filed the foregoing with the Clerk of the United States District Court for the District of Rhode Island, using the CM/ECF system.

    /s/ Adam J. Sholes